# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Dallas County Hospital District d/b/a Parkland Health & Hospital System; (See Attachment)

## DEFENDANTS
Amneal Pharmaceuticals; Amneal Pharmaceuticals, Inc.; Teva Pharmaceuticals USA, Inc.; (See Attachment)

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant **Somerset County, NJ**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
(See Attachment)

Attorneys *(If Known)*
(See Attachment)

**EXHIBIT A**

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 850 Securities/Commodities/ Exchange |
| | | | | ☐ 865 RSI (405(g)) | ☒ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
21 U.S.C. §§ 801, et seq.

Brief description of cause:
Federal Question under the Controlled Substances Act

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $** more than $1,000,000

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE **Schaffer - 152nd Harris**
DOCKET NUMBER **DC-19-13794**

DATE: 12/11/2019

SIGNATURE OF ATTORNEY OF RECORD
/s/ David B. Weinstein

**FOR OFFICE USE ONLY**

RECEIPT # ___  AMOUNT ___  APPLYING IFP ___  JUDGE ___  MAG. JUDGE ___

## I(A).   PLAINTIFFS

Dallas County Hospital District d/b/a Parkland Health & Hospital System;
Palo Pinto County Hospital District a/k/a Palo Pinto General Hospital;
Guadalupe Valley Hospital a/k/a Guadalupe Regional Medical Center;
VHS San Antonio Partners, LLC d/b/a Baptist Medical Center;
VHS San Antonio Partners, LLC d/b/a Mission Trail Baptist Hospital;
VHS San Antonio Partners, LLC d/b/a North Central Baptist Hospital;
VHS San Antonio Partners, LLC d/b/a Northeast Baptist Hospital;
VHS San Antonio Partners d/b/a St. Luke's Baptist Hospital;
Nacogdoches Medical Center;
Resolute Hospital Company, LLC d/b/a Resolute Health;
The Hospitals of Providence East Campus;
The Hospitals of Providence Memorial Campus;
The Hospitals of Providence Sierra Campus;
The Hospitals of Providence Transmountain Campus;
VHS Brownsville Hospital Company, LLC d/b/a Valley Baptist Medical Center Brownsville;
VHS Harlingen Hospital Company, LLC d/b/a Valley Baptist Medical Center;
ARMC, L.P. d/b/a Abilene Regional Medical Center;
College Station Hospital, LP f/k/a College Station Medical Center;
Granbury Hospital Corporation d/b/a Lake Granbury Medical Center;
Navarro Hospital, L.P. d/b/a Navarro Regional Hospital;
Brownwood Hospital, L.P. d/b/a Brownwood Regional Medical Center;
Victoria of Texas, L.P. d/b/a Detar Hospital Navarro;
Laredo Texas Hospital Company, L.P. d/b/a Laredo Medical Center;
San Angelo Hospital, L.P. d/b/a San Angelo Community Medical Center;
Cedar Park Health System, L.P. d/b/a Cedar Park Regional Medical Center;
NHCI of Hillsboro, Inc. d/b/a Hill Regional Hospital;
Longview Medical Center, L.P. d/b/a Longview Regional Medical Center; and
Piney Woods Healthcare System, L.P. d/b/a Woodland Heights Medical Center.

## DEFENDANTS

Amneal Pharmaceuticals;
Amneal Pharmaceuticals, Inc.;
Teva Pharmaceuticals USA, Inc.;
Cephalon, Inc.;
Johnson & Johnson;
Janssen Pharmaceuticals, Inc.;
Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc;
Jansen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.
Abbott Laboratories;

Abbott Laboratories Inc.;
Assertio Therapeutics, Inc. f/k/a Depomed, Inc.;
Noramco, Inc.;
Endo Health Solutions Inc.;
Endo Pharmaceuticals Inc.;
Mallinckrodt plc;
Mallinckrodt LLC;
SpecGx LLC;
Allergan plc;
Watson Laboratories, Inc.;
Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.;
Actavis LLC f/k/a Actavis Inc.;
Anda, Inc.;
H. D. Smith, LLC f/k/a H. D. Smith Wholesale Drug Co.;
Henry Schein, Inc.;
AmerisourceBergen Corporation;
AmerisourceBergen Drug Corporation;
Cardinal Health, Inc;
McKesson Corporation;
CVS Health Corporation;
CVS Pharmacy, Inc.;
Walgreen Co.;
Walgreens Boots Alliance, Inc.;
Walmart Inc.;
Richard Andrews, MD;
Theodore Okechuku, MD;
Nicolas Padron, MD;
Carlos Luis Venegas, MD; and
John Does 1 to 100.

## I(C).  PLAINTIFFS' ATTORNEYS

**BURNS CHAREST LLP**

Warren T. Burns
Darren P. Nicholson
Will Thompson
900 Jackson Street, Suite 500
Dallas, Texas 75202
Tel: (496) 904-4550
Fax:  (496) 444-5002
wburns@burnscharest.com

dnicholson@burnscharest.com
wthompson@burnscharest.com

Rick Yelton III
Lydia A. Wright*
365 Canal Street, Suite 1170
New Orleans, LA 70130
Tel: (504) 799-2845
Fax: (504) 881-1765
ryelton@burnscharest.com
lwright@burnscharest.com

**HARRISON DAVIS STEAKLEY MORRISON JONES, P.C.**

Zona Jones
850 Park Street
Beaumont, TX 77701
Tel: (409) 753-0000
Fax: (409) 833-0075
zona@thetriallawyers.com

**BARRETT LAW GROUP, P.A.**

Don Barrett*
404 Court Square North
Lexington, MS 39095
Tel: (662) 834-9168
donbarrettpa@gmail.com

**CUNEO GILBERT & LADUCA, LLP**

Jonathan W. Cuneo
Monica Miller
Mark H. Dubester
David L. Black
Jennifer E. Kelly
Evelyn Li
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Telephone: (202)789—3960
jonc@cuneolaw.com
monica@cuncolaw.corn
mark@cuneolaw.com

dblack@cuneolaw.com
jkelly@cuneolaw.corn
evelyn@cuneolaw.corn


**TAYLOR MARTINO, P.C.**

Steve Martino
Ruth Lichtenfeld
455 St. Louis Street
Mobile, AL 36602
Telephone: (251) 433—3131
stevemartino@taylormartino.com
ruth@taylormartino.com

*Pro Hac Vice* to be filed

### DEFENDANTS' ATTORNEYS

**WEINSTEIN TIPPETTS & LITTLE LLP**

David B. Weinstein
State Bar No. 21096400
S.D. No. 4329
Matthew E. Coveler
State Bar No. 24012462
S.D. No. 24130
Amanda L. Catalani
State Bar No. 24101602
S.D. No. 3299063

7500 San Felipe Street, Suite 500
Houston, Texas  77063
Tel:  (713) 244-0800
Fax:  (713) 244-0801
david.weinstein@wtllaw.com
matthew.coveler@wtllaw.com
amanda.catalani@wtllaw.com

Conor B. O'Croinin*
Daniel P. Moylan*
J. Michael Pardoe*

ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202-1031
Tel:  (410) 332-0444
Fax:  (410) 659-0436
cocroinin@zuckerman.com
dmoylan@zuckerman.com
mpardoe@zuckerman.com
    *Denotes national counsel who will seek pro hac vice admission*

*Attorneys for Defendants CVS Pharmacy, Inc. and CVS Health Corporation*

**MEHAFFYWEBER, P.C.**

James G. Martingano
State Bar No. 00791194
jamesmartingano@mehaffyweber.com
500 Dallas Street, Ste. 1200
Houston, TX 77002
Telephone: (713) 655-1200
Facsimile: (713) 655-0222

John A. McCauley*
James K. O'Connor*
VENABLE LLP
750 E. Pratt Street
Suite 900
Baltimore, MD 21202
T: (410) 244-7655
F: (410) 244-7742
JMcCauley@Venable.com
JKO'Connor@Venable.com

*\*denotes national counsel who will seek pro hac vice admission*

*Counsel for Abbott Laboratories and Abbott Laboratories Inc.*

**BAKER BOTTS L.L.P.**

Kevin M. Sadler
Texas Bar No. 17512450
kevin.sadler@bakerbotts.com
Scott D. Powers
Texas Bar No. 24027746
scott.powers@bakerbotts.com
David T. Arlington
Texas Bar No. 00790238
david.arlington@bakerbotts.com
98 San Jacinto Blvd., Suite 1500
Austin, Texas 78701
(512) 322-2500 (Telephone)
(512) 322-2501 (Facsimile)

*Attorneys for Assertio Therapeutics, Inc. f/k/a Depomed, Inc.*

**REED SMITH LLP**

Stan Perry
State Bar No. 15799920
sperry@reedsmith.com
Michael H. Bernick
State Bar No. 24078227
mbernick@reedsmith.com
Mary M. Balaster
State Bar No. 24084054
mbalaster@reedsmith.com
Curtis Waldo
State Bar No. 24090452
cwaldo@reedsmith.com
811 Main Street, Suite 1700
Houston, Texas 77002-6110
Telephone:    713.469.3800
Facsimile:    713.469.3899

*Counsel for AmerisourceBergen Drug Corporation*

**BAKER & HOSTETLER LLP**

Michael W. Mengis,
Attorney-in-charge
mmengis@bakerlaw.com
State Bar No. 13941040
Matt R. Raley
mraley@bakerlaw.com
State Bar No. 24051224
811 Main Street, Suite 1100
Houston, Texas 77002
Telephone: (713) 751-1600
Facsimile:  (713) 751-1717

Enu Mainigi*
emainigi@wc.com
F. Lane Heard*
lheard@wc.com
Ashley W. Hardin*
ahardin@wc.com
Williams & Connolly LLP

725 Twelfth Street N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile:  (202) 434-5029
*Denotes national counsel who will seek pro hac vice admission

*Attorneys for Defendant
Cardinal Health, Inc.*

**LOCKE LORD LLP**

John P. McDonald
Attorney-In-Charge
Texas Bar. No. 13549090
S.D. Tex. No. 259119
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201

214-740-8758 (telephone)
214-756-8758 (facsimile)
jpmcdonald@lockelord.com

Of Counsel:
C. Scott Jones
Texas Bar. No. 24012922
S.D. Tex. No. 30151
sjones@lockelord.com

Lauren M. Fincher
Texas Bar No. 24069718
S.D. Tex. No. 1812325
lfincher@lockelord.com

Brandan J. Montminy
Texas Bar No. 24088080
S.D. Tex. No. 2209842
brandan.montminy@lockelord.com

*Attorneys for Defendant*
*Henry Schein, Inc.*


**BARNES & THORNBURG LLP**

Lucas C. Wohlford
State Bar No. 24070871
Barnes & Thornburg LLP
2121 North Pearl, Suite 700
Dallas, Texas 75201
Phone: (214) 258-4106
Fax: (214) 258-4199
lwohlford@btlaw.com

*Counsel for H. D. Smith, LLC f/k/a H. D. Smith*
*Wholesale Drug Company*


**SCHELL COOLEY RYAN CAMPBELL LLP**

Russell W. Schell
State Bar No. 17736800
Email: rschell@schellcooley.com
5057 Keller Springs Road,
Suite 425
Addison, Texas 75001
(214) 665-2000
(214) 754-0060 FAX

*Counsel for Defendants Amneal Pharmaceuticals, Inc. and Amneal Pharmaceuticals LLC*

**PARSONS MCENTIRE MCCLEARY PLLC**

Jeffrey R. Parsons
Texas Bar No. 15547200
jparsons@pmmlaw.com
Roger L. McCleary
Texas Bar No. 13393700
rmcleary@pmmlaw.com
James C. Burnett
Texas Bar No. 24094025
jburnett@pmmlaw.com
One Riverway, Suite 1800
Houston, Texas 77056
(713) 960-7315

*Attorneys for Defendants Mallinckrodt LLC and SpecGx LLC*

**ARNOLD & PORTER KAYE SCHOLER LLP**

Hannah Sibiski
State Bar No. 24041373
700 Louisiana Street
Suite 4000
Houston, TX 77002

Telephone: (713) 576-2400
Fax: (713) 576-2499
Hannah.Sibiski@arnoldporter.com

*Attorney for Defendants Endo Health Solutions Inc. and Endo Pharmaceuticals Inc.*

**JONES DAY**

Elizabeth W. Scofield
Texas Bar No.: 24079555
S.D. Tex. No.: 2227083
717 Texas, Suite 3300
Houston, TX 77002-2712
Telephone: (832) 239-3789
Facsimile: (832) 239-3600
Email: escofield@jonesday.com

Christopher Lovrien*
Sarah Conway*
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone: (213) 243-2567
Facsimile: (213) 243-2539
Email: cjlovrien@jonesday.com
Email: sgconway@jonesday.com

*denotes national counsel who will seek pro hac vice admission*

*Attorneys for Walmart Inc*

**SMYSER KAPLAN & VESELKA L.L.P.**

Craig Smyser (SBN 18777575)
Tyler G. Doyle (SBN 24072075)
David Isaak (SBN 24012887)
Razvan Ungureanu (SBN 24085630)
Kristin Adler (SBN 793233)

Michelle S. Stratton (SBN 24085606)
Crystal Robles (SBN 24083754)
717 Texas, Suite 2800
Houston, TX 77002
Phone:  713-221-2300
Fax:  713-221-2320
csmyser@skv.com
tydoyle@skv.com
disaak@skv.com
razvan@skv.com
kadler@skv.com
mstratton@skv.com
crobles@skv.com

*Counsel for McKesson Corporation*

**MORGAN, LEWIS & BOCKIUS LLP**

Nancy L. Patterson
Texas Bar No. 15603520
S.D. Tex. No. 10221
nancy.patterson@morganlewis.com
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
Telephone: (713) 890-5000
Facsimile: (713) 890-5001

Steven A. Reed*
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: (215) 963-5603
steven.reed@morganlewis.com

Brian M. Ercole*
Morgan, Lewis & Bockius LLP
200 S. Biscayne Blvd., Suite 5300
Miami, FL 33131
Telephone: (305) 415-3416
brian.ercole@morganlewis.com

*\*denotes national counsel who will seek pro hac vice admission*

*Counsel for Defendants Celphalon, Inc., Teva Pharmaceuticals USA, Inc., Actavis LLC, Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., and Watson Laboratories, Inc.*

**ALSTON & BIRD LLP**

Matthew A. Durfee
State Bar No. 24069654
2200 Ross Avenue, Suite 2300
Dallas, Texas 75201
Telephone: 214-922-3400
Facsimile: 214-922-3899
matt.durfee@alston.com

Daniel G. Jarcho*
D.C. Bar No. 391837
ALSTON & BIRD LLP
950 F Street NW
Washington, DC 20004
Telephone: (202) 239-3254
Facsimile: (202) 239-3333
daniel.jarcho@alston.com

Cari K. Dawson*
Georgia Bar No. 213490
Jenny A. Hergenrother*
Georgia Bar No. 447183
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
cari.dawson@alston.com
jenny.hergenrother@alston.com

*\*Denotes national counsel who will seek pro hac vice admission*

*Counsel for Defendants Noramco, Inc.*

**BARTLIT BECK LLP**

Lester C. Houtz*
Alex J. Harris*
BARTLIT BECK LLP
1801 Wewatta Street
Denver, CO 80202
Tel: (303) 592-3177
Fax: (303) 592-3140
les.houtz@bartlitbeck.com
alex.harris@bartlitbeck.com

*\* denotes national counsel who will seek pro hac vice admission*

*Counsel for Walgreens Boots Alliance, Inc. and Walgreen Co*

**SCOTT DOUGLAS & MCCONNICO LLP**

Stephen E. McConnico
Asher B. Griffin
John W. Ellis
303 Colorado Street, Suite 2400
Austin, TX  78701
(512) 495-6300
(512) 495-6399 (fax)
smcconnico@scottdoug.com
agriffin@scottdoug.com
jellis@scottdoug.com

Charles C. Lifland*
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
(213) 430-6000

clifland@omm.com

*\* Denotes national counsel who will seek pro hac vice admission*

*Counsel for Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.; and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.*