FILED
DALLAS COUNTY
11/20/2019 2:13 PM
FELICIA PITRE
DISTRICT CLERK

# CIVIL CASE INFORMATION SHEET

DC-19-18635     I-162ND

**CAUSE NUMBER** *(FOR CLERK USE ONLY)*: _____    **COURT** *(FOR CLERK USE ONLY)*: _____

**STYLED** Dallas County Hospital District d/b/a Parkland Health Hospital System, et al. v Amneal Pharmaceuticals, LLC, et al.
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

## 1. Contact information for person completing case information sheet:

| Name: | Email: | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| Warren T. Burns | wburns@burnscharest.com | Plaintiff(s)/Petitioner(s): See attachment | [X] Attorney for Plaintiff/Petitioner<br>[ ] *Pro Se* Plaintiff/Petitioner<br>[ ] Title IV-D Agency<br>[ ] Other: _____ |
| Address: 900 Jackson Street, Suite 500 | Telephone: 469-904-4550 | Defendant(s)/Respondent(s): See attachment | Additional Parties in Child Support Case:<br>Custodial Parent: |
| City/State/Zip: Dallas, TX 75202 | Fax: 469-444-5002 | | Non-Custodial Parent: |
| Signature: /s/ Warren T. Burns | State Bar No: 24053119 | [Attach additional page as necessary to list all parties] | Presumed Father: |

## 2. Indicate case type, or identify the most important issue in the case (select only 1):

### Civil

| Contract | Injury or Damage | Real Property |
|---|---|---|
| *Debt/Contract*<br>[ ] Consumer/DTPA<br>[ ] Debt/Contract<br>[ ] Fraud/Misrepresentation<br>[ ] Other Debt/Contract: ____<br><br>*Foreclosure*<br>[ ] Home Equity—Expedited<br>[ ] Other Foreclosure<br>[ ] Franchise<br>[ ] Insurance<br>[ ] Landlord/Tenant<br>[ ] Non-Competition<br>[ ] Partnership<br>[ ] Other Contract: ____ | [ ] Assault/Battery<br>[ ] Construction<br>[ ] Defamation<br>*Malpractice*<br>  [ ] Accounting<br>  [ ] Legal<br>  [ ] Medical<br>  [ ] Other Professional Liability: ____<br>[ ] Motor Vehicle Accident<br>[ ] Premises<br>*Product Liability*<br>  [ ] Asbestos/Silica<br>  [ ] Other Product Liability List Product: ____<br>[ ] Other Injury or Damage: ____ | [ ] Eminent Domain/Condemnation<br>[ ] Partition<br>[ ] Quiet Title<br>[ ] Trespass to Try Title<br>[ ] Other Property: ____ |

### Family Law

| Marriage Relationship | Post-judgment Actions (non-Title IV-D) |
|---|---|
| [ ] Annulment<br>[ ] Declare Marriage Void<br>*Divorce*<br>  [ ] With Children<br>  [ ] No Children | [ ] Enforcement<br>[ ] Modification—Custody<br>[ ] Modification—Other |

| Related to Criminal Matters | Other Family Law | Title IV-D |
|---|---|---|
| [ ] Expunction<br>[ ] Judgment Nisi<br>[ ] Non-Disclosure<br>[ ] Seizure/Forfeiture<br>[ ] Writ of Habeas Corpus—Pre-indictment<br>[ ] Other: ____ | [ ] Enforce Foreign Judgment<br>[ ] Habeas Corpus<br>[ ] Name Change<br>[ ] Protective Order<br>[ ] Removal of Disabilities of Minority<br>[ ] Other: ____ | [ ] Enforcement/Modification<br>[ ] Paternity<br>[ ] Reciprocals (UIFSA)<br>[ ] Support Order |

| Parent-Child Relationship |
|---|
| [ ] Adoption/Adoption with Termination<br>[ ] Child Protection<br>[ ] Child Support<br>[ ] Custody or Visitation<br>[ ] Gestational Parenting<br>[ ] Grandparent Access<br>[ ] Parentage/Paternity<br>[ ] Termination of Parental Rights<br>[ ] Other Parent-Child: ____ |

| Employment | Other Civil |
|---|---|
| [ ] Discrimination<br>[ ] Retaliation<br>[ ] Termination<br>[ ] Workers' Compensation<br>[ ] Other Employment: ____ | [ ] Administrative Appeal    [ ] Lawyer Discipline<br>[ ] Antitrust/Unfair Competition    [ ] Perpetuate Testimony<br>[ ] Code Violations    [ ] Securities/Stock<br>[ ] Foreign Judgment    [ ] Tortious Interference<br>[ ] Intellectual Property    [X] Other: Prescription Opioid Epidemic |

### Tax / Probate & Mental Health

| Tax | Probate/Wills/Intestate Administration | Probate & Mental Health |
|---|---|---|
| [ ] Tax Appraisal<br>[ ] Tax Delinquency<br>[ ] Other Tax | [ ] Dependent Administration<br>[ ] Independent Administration<br>[ ] Other Estate Proceedings | [ ] Guardianship—Adult<br>[ ] Guardianship—Minor<br>[ ] Mental Health<br>[ ] Other: ____ |

## 3. Indicate procedure or remedy, if applicable (may select more than 1):

[ ] Appeal from Municipal or Justice Court    [ ] Declaratory Judgment    [ ] Prejudgment Remedy
[ ] Arbitration-related    [ ] Garnishment    [ ] Protective Order
[ ] Attachment    [ ] Interpleader    [ ] Receiver
[ ] Bill of Review    [ ] License    [ ] Sequestration
[ ] Certiorari    [ ] Mandamus    [ ] Temporary Restraining Order/Injunction
[ ] Class Action    [ ] Post-judgment    [ ] Turnover

## 4. Indicate damages sought (do not select if it is a family law case):

[ ] Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
[ ] Less than $100,000 and non-monetary relief
[ ] Over $100,000 but not more than $200,000
[ ] Over $200,000 but not more than $1,000,000
[X] Over $1,000,000

**EXHIBIT B**

Rev 2/13

## ATTACHMENT TO CIVIL CASE INFORMATION SHEET

**Plaintiffs**

1. DALLAS COUNTY HOSPITAL DISTRICT D/B/A PARKLAND HEALTH & HOSPITAL SYSTEM;
2. PALO PINTO COUNTY HOSPITAL DISTRICT A/K/A PALO PINTO GENERAL HOSPITAL;
3. GUADALUPE VALLEY HOSPITAL A/K/A GUADALUPE REGIONAL MEDICAL CENTER;
4. VHS SAN ANTONIO PARTNERS, LLC D/B/A BAPTIST MEDICAL CENTER, MISSION TRAIL BAPTIST HOSPITAL, NORTH CENTRAL BAPTIST HOSPITAL, NORTHEAST BAPTIST HOSPITAL, and ST. LUKE'S BAPTIST HOSPITAL;
5. NACOGDOCHES MEDICAL CENTER;
6. RESOLUTE HOSPITAL COMPANY, LLC D/B/A RESOLUTE HEALTH;
7. THE HOSPITALS OF PROVIDENCE EAST CAMPUS;
8. THE HOSPITALS OF PROVIDENCE MEMORIAL CAMPUS;
9. THE HOSPITALS OF PROVIDENCE SIERRA CAMPUS;
10. THE HOSPITALS OF PROVIDENCE TRANSMOUNTAIN CAMPUS;
11. VHS BROWNSVILLE HOSPITAL COMPANY, LLC D/B/A VALLEY BAPTIST MEDICAL CENTER - BROWNSVILLE;
12. VHS HARLINGEN HOSPITAL COMPANY, LLC D/B/A VALLEY BAPTIST MEDICAL CENTER;
13. ARMC, L.P. D/B/A ABILENE REGIONAL MEDICAL CENTER;
14. COLLEGE STATION HOSPITAL, LP;
15. GRANBURY HOSPITAL CORPORATION D/B/A LAKE GRANBURY MEDICAL CENTER;
16. NAVARRO HOSPITAL, L.P. D/B/A NAVARRO REGIONAL HOSPITAL;
17. BROWNWOOD HOSPITAL, L.P. D/B/A BROWNWOOD REGIONAL MEDICAL CENTER;
18. VICTORIA OF TEXAS, L.P. D/B/A DETAR HOSPITAL NAVARRO and DETAR HOSPITAL NORTH;
19. LAREDO TEXAS HOSPITAL COMPANY, L.P. D/B/A LAREDO MEDICAL CENTER;
20. SAN ANGELO HOSPITAL, L.P. D/B/A SAN ANGELO COMMUNITY MEDICAL CENTER;
21. CEDAR PARK HEALTH SYSTEM, L.P. D/B/A CEDAR PARK REGIONAL MEDICAL CENTER;
22. NHCI OF HILLSBORO, INC. D/B/A HILL REGIONAL HOSPITAL;
23. LONGVIEW MEDICAL CENTER, L.P. D/B/A LONGVIEW REGIONAL MEDICAL CENTER; **and**
24. PINEY WOODS HEALTHCARE SYSTEM, L.P. D/B/A WOODLAND HEIGHTS MEDICAL CENTER.

**Defendants**

1. AMNEAL PHARMACEUTICALS, LLC;
2. AMNEAL PHARMACEUTICALS, INC.;
3. TEVA PHARMACEUTICALS USA, INC.;
4. CEPHALON, INC.;
5. JOHNSON & JOHNSON;
6. JANSSEN PHARMACEUTICALS, INC.;
7. ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. n/k/a JANSSEN PHARMACEUTICALS, INC.;
8. JANSSEN PHARMACEUTICA, INC. n/k/a JANSSEN PHARMACEUTICALS, INC.;
9. ABBOTT LABORATORIES;
10. ABBOTT LABORATORIES, INC.;
11. ASSERTIO THERAPEUTICS, INC. f/k/a DEPOMED, INC.;
12. NORAMCO, INC.;
13. ENDO HEALTH SOLUTIONS, INC.;
14. ENDO PHARMACEUTICALS, INC.;
15. MALLINCKRODT, LLC;
16. MALLINCKRODT PLC;
17. SPECGX LLC;
18. ALLERGAN PLC;
19. WATSON LABORATORIES, INC.;
20. ACTAVIS LLC f/k/a ACTAVIS INC.;
21. ACTAVIS PHARMA, INC. f/k/a WATSON PHARMA. INC.;
22. ANDA, INC.;
23. H.D. SMITH, LLC f/k/a H.D. SMITH WHOLESALE DRUG CO.;
24. HENRY SCHEIN, INC.;
25. AMERISOURCEBERGEN CORPORATION;
26. AMERISOURCEBERGEN DRUG CORPORATION;
27. CARDINAL HEALTH, INC.;
28. MCKESSON CORPORATION;
29. CVS HEALTH CORPORATION;
30. CVS PHARMACY, INC.;
31. WALGREEN CO.;
32. WALGREENS BOOTS ALLIANCE, INC.;
33. WALMART INC.;
34. RICHARD ANDREWS;
35. THEODORE OKECHUKU;
36. NICOLAS PADRON;
37. CARLOS LUIS VENEGAS; **and**
38. JOHN DOES 1 TO 100.