FILED
DALLAS COUNTY
11/20/2019 2:13 PM
FELICIA PITRE
DISTRICT CLERK
Angie Avina

37 CIT ES



Warren T. Burns
wburns@burnscharest.com

November 20, 2019

<u>Via efile.txcourts.gov</u>
Clerk of Court
Citation Issuance Department
George L. Allen, Sr. Courts Building
600 Commerce Street
Dallas, TX 75202

DC-19-18635

Re:   *Dallas County Hospital District d/b/a Parkland Health Hospital System, et al. v Amneal Pharmaceuticals, LLC, et al.;* Original Petition filed concurrently with this Request; pending in the 162nd District Court, Dallas County, Texas

Dear Clerk of Court:

Please let this letter serve as a request for issuance of citations for Plaintiffs' Original Petition, Jury Demand and Rule 194.2 Request for Disclosure filed concurrently with this request on November 20, 2019, in the above referenced action. Please email the citations to my assistant, Hannah Lopez at hlopez@burnscharest.com. The issuance fee for thirty-six citations is included in this electronic filing through our Electronic Service Provider.

Please electronically issue the following citations, addressed as follows:

1. Cephalon, Inc.
   Served through its registered agent for service of process
   Corporate Creations Network, Inc.,
   3411 Silverside Road,
   Tatnall Building, Suite 104,
   Wilmington, DE 19810

2. Teva Pharmaceuticals USA, Inc.
   Served through its registered agent for service of process
   Corporate Creations Network, Inc.,
   3411 Silverside Road,
   Tatnall Building, Suite 104,
   Wilmington, DE 19810


EXHIBIT D

Clerk of Court
November 20, 2019
Page 2

3. Watson Laboratories, Inc.
   Served through its registered agent for service of process
   Corporate Creations Network, Inc., Registered Agent,
   8275 South Eastern Avenue #200,
   Las Vegas, NV 89123

4. Actavis Pharma, Inc. f/k/a Watson Pharma Inc.
   Served through its registered agent for service of process
   1999 Bryan Street, Suite 900
   Dallas, TX 75201

5. Actavis LLC f/k/a Actavis Inc.
   Served through its registered agent for service of process
   Corporate Creations Network, Inc.,
   3411 Silverside Road,
   Tatnall Building, Suite 104,
   Wilmington, DE 19810

6. Johnson & Johnson
   Served through its registered agent for service of process
   Attention: Legal Department,
   One Johnson and Johnson Plaza,
   New Brunswick, NJ 08933

7. Janssen Pharmaceuticals, Inc.
   Served through its registered agent for service of process
   CT Corporation System,
   1999 Bryan St., Suite 900,
   Dallas, TX 75201

8. Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.
   Served through its registered agent for service of process
   CT Corporation System,
   1999 Bryan St., Suite 900,
   Dallas, TX 75201

9. Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.
   Served through its registered agent for service of process
   CT Corporation System,
   1999 Bryan St., Suite 900,
   Dallas, TX 75201

Clerk of Court
November 20, 2019
Page 3

10. Noramco, Inc.
    Served through its registered agent for service of process
    c/o Registered Agent, Jorge Guiloff,
    11902 Spears Road,
    Houston, TX 77067

11. Endo Health Solutions, Inc.
    Served through its registered agent for service of process
    The Corporation Trust Company,
    Corporation Trust Center,
    1209 Orange St.,
    Wilmington, DE 19801

12. Endo Pharmaceuticals, Inc.
    Served through its registered agent for service of process
    CT Corporation System,
    1999 Bryant Street, Suite 900,
    Dallas, TX 75201

13. Abbott Laboratories
    Served through its registered agent for service of process
    CT Corporation System,
    1999 Bryan St. Ste. 900,
    Dallas, TX 75201-3136

14. Abbott Laboratories, Inc.
    Served through its registered agent for service of process
    CT Corporation System,
    1999 Bryan St., Ste. 900,
    Dallas, TX 75201-3136

15. Amneal Pharmaceuticals, LLC
    Served through its registered agent for service of process
    The Corporation Trust Company,
    Corporation Trust Center
    1209 Orange Street,
    Wilmington, Delaware 19801

16. Amneal Pharmaceuticals, Inc.
    Served through its registered agent for service of process
    Corporation Service Company,
    251 Little Falls Drive,
    Wilmington, DE 19808

Clerk of Court
November 20, 2019
Page 4

17. Assertio Therapeutics, Inc. f/k/a Depomed, Inc.
    Served through its registered agent for service of process
    The Corporation Trust Company,
    Corporation Trust Center,
    1209 Orange Street,
    Wilmington, DE 19801

18. Mallinckrodt PLC
    Served through its registered agent for service of process
    CT Corporation System,
    120 South Central Ave.,
    Clayton, Missouri 63105

19. Mallinckrodt LLC
    Served through its registered agent for service of process
    CT Corporation System,
    1999 Bryan Street, Suite 900,
    Dallas, TX 75201-3136

20. SpecGx LLC
    Served through its registered agent for service of process
    The Corporation Trust Company,
    Corporation Trust Center,
    1209 Orange Street,
    Wilmington, DE 19801

21. Allergan PLC
    Served through its registered agent for service of process
    Longphort House,
    Block J,
    The Earlsfort Centre,
    Lower Leeson Street,
    Dublin 2,
    Ireland

22. AmerisourceBergen Corporation
    Served through its registered agent for service of process
    The Corporation Trust Company,
    Corporation Trust Center,
    1209 Orange Street,
    Wilmington, DE 19801

Clerk of Court
November 20, 2019
Page 5

23. AmerisourceBergen Drug Corporation
    Served through its registered agent for service of process
    The Corporation Trust Company,
    Corporation Trust Center,
    1209 Orange Street,
    Wilmington, DE 19801

24. Anda, Inc.
    Served through its registered agent for service of process
    Corporate Creations Network, Inc.,
    c/o Registered Agent Chin Po,
    1170 Corporate Drive,
    West Suite 204,
    Arlington, TX 76006

25. Cardinal Health, Inc.
    Served through its registered agent for service of process
    CT Corporation System,
    4400 Eastern Commons,
    Suite 125,
    Columbus, OH 43219

26. H. D. Smith, LLC f/k/a H. D. Smith Wholesale Drug Co.
    Served through its registered agent for service of process
    CT Corporation System,
    1999 Bryant St.
    Suite 900
    Dallas TX 75201

27. Henry Schein, Inc.
    Served through its registered agent for service of process
    Corporation Service Company
    d/b/a CSC-Lawyers Incorporating Service Company,
    211 East 7th Street,
    Suite 620,
    Austin TX 78701-3218

28. McKesson Corporation
    Served through its registered agent for service of process
    Corporation Service Company
    d/b/a CSC-Lawyers Incorporating Service Company,
    211 East 7th Street,
    Suite 620,
    Austin, TX 78701-3218

Clerk of Court
November 20, 2019
Page 6

29. CVS Health Corporation
Served through its registered agent for service of process
The Corporation Trust Company,
Corporation Trust Center,
1209 Orange St,
Wilmington, DE 19801

30. CVS Pharmacy, Inc.
Served through its registered agent for service of process
C T Corporation System,
1999 Bryan St.,
Ste. 900,
Dallas, TX 75201

31. Walgreen Co.
Served through its registered agent for service of process
Prentice Hall Corporation System,
211 E. 7th Street
Suite 620,
Austin, TX 78701

32. Walgreens Boots Alliance, Inc.
Served through its registered agent for service of process
Corporation Service Company,
251 Little Falls Drive,
Wilmington, DE 19808

33. Walmart, Inc.
Served through its registered agent for service of process
1999 Bryan Street,
Suite 900,
Dallas, Texas 75201

34. Richard Andrews, MD
3905 Highgrove Drive,
Dallas, TX 75220
Or wherever he may be found

35. Theodore Okechuku, MD
FCI Texarkana,
Federal Correctional Institution,
Register Number: 59813-060,
4001 Leopard Drive,
Texarkana, TX 75501
Or wherever he may be found

Clerk of Court
November 20, 2019
Page 7

36. Nicolas Padron, MD
    USP Beaumont,
    U.S. Penitentiary,
    Register Number: 44575-177,
    6200 Knauth Road,
    Beaumont, TX 77705

37. Carlos Luis Venegas, MD
    FCI Seagoville,
    U.S. Correctional Institution,
    Register Number: 54988-177,
    2113 North HWY 175,
    Seagoville, TX 75159

    Thank you for your assistance.

    Best regards,

    **BURNS CHAREST LLP**


    \_\_/s/ Warren T. Burns_____
    Warren T. Burns, Partner