FILED
DALLAS COUNTY
11/20/2019 2:13 PM
FELICIA PITRE
DISTRICT CLERK

Angie Avina

CAUSE NO. _____

DC-19-18635

| | | |
|---|---|---|
| DALLAS COUNTY HOSPITAL DISTRICT D/B/A PARKLAND HEALTH & HOSPITAL SYSTEM; PALO PINTO COUNTY HOSPITAL DISTRICT A/K/A PALO PINTO GENERAL HOSPITAL; GUADALUPE VALLEY HOSPITAL A/K/A GUADALUPE REGIONAL MEDICAL CENTER; VHS SAN ANTONIO PARTNERS, LLC D/B/A BAPTIST MEDICAL CENTER, MISSION TRAIL BAPTIST HOSPITAL, NORTH CENTRAL BAPTIST HOSPITAL, NORTHEAST BAPTIST HOSPITAL, and ST. LUKE'S BAPTIST HOSPITAL; NACOGDOCHES MEDICAL CENTER; RESOLUTE HOSPITAL COMPANY, LLC D/B/A RESOLUTE HEALTH; THE HOSPITALS OF PROVIDENCE EAST CAMPUS; THE HOSPITALS OF PROVIDENCE MEMORIAL CAMPUS; THE HOSPITALS OF PROVIDENCE SIERRA CAMPUS; THE HOSPITALS OF PROVIDENCE TRANSMOUNTAIN CAMPUS; VHS BROWNSVILLE HOSPITAL COMPANY, LLC D/B/A VALLEY BAPTIST MEDICAL CENTER - BROWNSVILLE; VHS HARLINGEN HOSPITAL COMPANY, LLC D/B/A VALLEY BAPTIST MEDICAL CENTER; ARMC, L.P. D/B/A ABILENE REGIONAL MEDICAL CENTER; COLLEGE STATION HOSPITAL, LP; GRANBURY HOSPITAL CORPORATION D/B/A LAKE GRANBURY MEDICAL CENTER; NAVARRO HOSPITAL, L.P. D/B/A NAVARRO REGIONAL HOSPITAL; BROWNWOOD HOSPITAL, L.P. D/B/A BROWNWOOD REGIONAL MEDICAL CENTER; VICTORIA OF TEXAS, L.P. D/B/A DETAR HOSPITAL NAVARRO and DETAR HOSPITAL NORTH; LAREDO TEXAS HOSPITAL COMPANY, L.P. D/B/A LAREDO MEDICAL CENTER; SAN ANGELO HOSPITAL, L.P. D/B/A SAN ANGELO | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | IN THE DISTRICT COURT<br><br><br><br>OF DALLAS COUNTY, TEXAS<br><br><br><br>I-162ND<br>_____ JUDICIAL DISTRICT |



EXHIBIT

E

COMMUNITY MEDICAL CENTER;                                        §
CEDAR PARK HEALTH SYSTEM, L.P.                                   §
D/B/A CEDAR PARK REGIONAL                                        §
MEDICAL CENTER; NHCI OF                                          §
HILLSBORO, INC. D/B/A HILL                                       §
REGIONAL HOSPITAL; LONGVIEW                                      §
MEDICAL CENTER, L.P. D/B/A                                       §
LONGVIEW REGIONAL MEDICAL                                        §
CENTER; and PINEY WOODS                                          §
HEALTHCARE SYSTEM, L.P. D/B/A                                    §
WOODLAND HEIGHTS MEDICAL                                         §
CENTER.                                                          §
                                                                 §
          *Plaintiffs,*                                          §
                                                                 §
     vs.                                                         §
                                                                 §
AMNEAL PHARMACEUTICALS, LLC;                                     §
AMNEAL PHARMACEUTICALS, INC.;                                    §
TEVA PHARMACEUTICALS USA, INC.;                                  §
CEPHALON, INC.; JOHNSON &                                        §
JOHNSON; JANSSEN                                                 §
PHARMACEUTICALS, INC.; ORTHO-                                    §
MCNEIL-JANSSEN                                                   §
PHARMACEUTICALS, INC. n/k/a                                      §
JANSSEN PHARMACEUTICALS, INC.;                                   §
JANSSEN PHARMACEUTICA, INC.                                      §
n/k/a JANSSEN PHARMACEUTICALS,                                   §
INC.; ABBOTT LABORATORIES;                                       §
ABBOTT LABORATORIES, INC.;                                       §
ASSERTIO THERAPEUTICS, INC. f/k/a                                §
DEPOMED, INC.; NORAMCO, INC.;                                    §
ENDO HEALTH SOLUTIONS, INC.;                                     §
ENDO PHARMACEUTICALS, INC.;                                      §
MALLINCKRODT, LLC;                                               §
MALLINCKRODT PLC; SPECGX LLC;                                    §
ALLERGAN PLC; WATSON                                             §
LABORATORIES, INC.; ACTAVIS LLC                                  §
f/k/a ACTAVIS INC.; ACTAVIS PHARMA,                              §
INC. f/k/a WATSON PHARMA. INC.;                                  §
ANDA, INC.; H.D. SMITH, LLC f/k/a                                §
H.D. SMITH WHOLESALE DRUG CO.;                                   §
HENRY SCHEIN, INC.;                                              §
AMERISOURCEBERGEN                                                §
CORPORATION;                                                     §
AMERISOURCEBERGEN DRUG                                           §
CORPORATION; CARDINAL HEALTH,                                    §
INC.; MCKESSON CORPORATION; CVS                                  §

HEALTH CORPORATION; CVS      §
PHARMACY, INC.; WALGREEN CO.;      §
WALGREENS BOOTS ALLIANCE, INC.;      §
WALMART INC.; RICHARD ANDREWS;      §
THEODORE OKECHUKU; NICOLAS      §
PADRON; CARLOS LUIS VENEGAS; and      §
JOHN DOES 1 TO 100.      §
     §
        *Defendants.*      §
     §

---

### PLAINTIFFS' NOTICE OF RELATED CASES

---

Pursuant to Dallas County Local Rules 10.6, 1.07(a), and 1.08, Plaintiffs hereby provide notice to this Court that an earlier filed lawsuit, styled: Dallas County Hospital District D/B/A Parkland Health & Hospital System, et al, v. Purdue Pharma L.P., et al, in the 162nd Judicial District Court, Dallas County, Texas; Cause No. DC-19-13794, was filed on September 3, 2019, is so related to the instant, second filed lawsuit that a transfer of the later filed lawsuit to the 162nd Judicial District Court would facilitate orderly and efficient disposition of the litigation. Plaintiffs further give notice that a copy of this pleading will be simultaneously provided to the 162nd Judicial District Court.

Dated: November 20, 2019                          Respectfully Submitted,

                                            /s/ Warren T. Burns

                                            Warren T. Burns (SBN 24053119)
                                            Darren Nicholson (SBN 24032789)
                                            Will Thompson (SBN 24094981)
                                            **BURNS CHAREST LLP**
                                            900 Jackson Street, Suite 500
                                            Dallas, Texas 75202
                                            Main: 469-904-4550
                                            Fax: 469-444-5002
                                            Wburns@burnscharest.com
                                            dnicholson@burnscharest.com
                                            wthompson@burnscharest.com

Rick Yelton III (SBN 24113469)
Lydia A. Wright*
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130
Main: 504-799-2845
Fax: 504-881-1765
Ryelton@burnscharest.com
Lwright@burnscharest.com

Zona Jones (SBN 10887600)
**HARRISON DAVIS STEAKLEY
MORRISON JONES, P.C.**
850 Park Street
Beaumont, TX 77701
PH:   (409) 753-0000
FAX: (409) 833-0075
Zona@TheTrialLawyers.com

Don Barrett*
**BARRETT LAW GROUP, P.A.**
404 Court Square North
Lexington, MS 39095-0927
Office: 662-834-9168
donbarrettpa@gmail.com

Jonathan W. Cuneo
Monica Miller
Mark H. Dubester
David L. Black
Jennifer E. Kelly
Evelyn Li
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Telephone: (202)789-3960
jonc@cuneolaw.com
monica@cuneolaw.com
mark@cuneolaw.com
dblack@cuneolaw.com
jkelly@cuneolaw.com
evelyn@cuneolaw.com

Steve Martino
Ruth Lichtenfeld
**TAYLOR MARTINO, P.C.**
455 St. Louis Street

Mobile, AL 36602
Telephone: (251) 433-3131
stevemartino@taylormartino.com
ruth@taylormartino.com


*Attorneys for Plaintiffs*
*\*Pro Hac Vice* to be filed