## Case Information

DC-19-18635 | DALLAS COUNTY HOSPITAL DISTRICT, et al vs. CEPHALON INC, et al

Case Number
DC-19-18635

File Date
11/20/2019

Court
162nd District Court

Case Type
OTHER (CIVIL)

Judicial Officer
MOORE, MARICELA

Case Status
CLOSED

## Party

PLAINTIFF
DALLAS COUNTY HOSPITAL DISTRICT

Aliases
*DBA* PARKLAND HEALTH & HOSPITAL SYSTEM

Active Attorneys ▾
Lead Attorney
BURNS, WARREN T
Retained

PLAINTIFF
PALO PINTO COUNTY HOSPITAL DISTRICT

Active Attorneys ▾
Lead Attorney
BURNS, WARREN T
Retained

PLAINTIFF
GUADALUPE VALLEY HOSPITAL

Aliases
*AKA* GUADALUPE REGIONAL MEDICAL CENTER

Active Attorneys ▾
Lead Attorney
BURNS, WARREN T
Retained

PLAINTIFF
VHS SAN ANTONIO PARTNERS, LLC

Active Attorneys ▾
Lead Attorney
BURNS, WARREN T



Retained

**PLAINTIFF**
MISSION TRAIL BAPTIST HOSPITAL

Active Attorneys ▾
Lead Attorney
BURNS, WARREN T
Retained

**PLAINTIFF**
NORTH CENTRAL BAPTIST HOSPITAL

Active Attorneys ▾
Lead Attorney
BURNS, WARREN T
Retained

**PLAINTIFF**
NORTHEAST BAPTIST HOSPITAL

Active Attorneys ▾
Lead Attorney
BURNS, WARREN T
Retained

**PLAINTIFF**
ST. LUKE S BAPTIST HOSPITAL

Active Attorneys ▾
Lead Attorney
BURNS, WARREN T
Retained

**PLAINTIFF**
NACOGDOCHES MEDICAL CENTER

Active Attorneys ▾
Lead Attorney
BURNS, WARREN T
Retained

**PLAINTIFF**
RESOLUTE HOSPITAL COMPANY, LLC

Active Attorneys ▾
Lead Attorney
BURNS, WARREN T
Retained

PLAINTIFF
THE HOSPITALS OF PROVIDENCE EAST CAMPUS

Active Attorneys▾
Lead Attorney
BURNS, WARREN T
Retained

PLAINTIFF
THE HOSPITALS OF PROVIDENCE PROVIDENCE MEMORIAL
CAMPUS

Active Attorneys▾
Lead Attorney
BURNS, WARREN T
Retained

PLAINTIFF
THE HOSPITALS OF PROVIDENCE SIERRA CAMPUS

Active Attorneys▾
Lead Attorney
BURNS, WARREN T
Retained

PLAINTIFF
THE HOSPITALS OF PROVIDENCE TRANSMOUNTAIN CAMPUS

Active Attorneys▾
Lead Attorney
BURNS, WARREN T
Retained

PLAINTIFF
VHS HARLINGEN HOSPITAL COMPANY, LLC

Active Attorneys▾
Lead Attorney
BURNS, WARREN T
Retained

PLAINTIFF
ARMC, L.P.

   Aliases
   *DBA* ABILENE REGIONAL MEDICAL CENTER

Active Attorneys▾
Lead Attorney
BURNS, WARREN T
Retained

PLAINTIFF
COLLEGE STATION HOSPITAL, LP

Active Attorneys ▾
Lead Attorney
BURNS, WARREN T
Retained

---

PLAINTIFF
GRANBURY HOSPITAL CORPORATION

Aliases
LAKE CRANBYRY MEDICAL CENTER
*DBA* LAKE GRANDBURY MEDICAL CENTER

Active Attorneys ▾
Lead Attorney
BURNS, WARREN T
Retained

---

PLAINTIFF
NAVARRO HOSPITAL LP

Active Attorneys ▾
Lead Attorney
BURNS, WARREN T
Retained

---

PLAINTIFF
BROWNWOOD HOSPITAL LP

Aliases
*DBA* BROWNWOOD REGIONAL MEDICAL CENTER

Active Attorneys ▾
Lead Attorney
BURNS, WARREN T
Retained

---

PLAINTIFF
VICTORIA OF TEXAS LP

Active Attorneys ▾
Lead Attorney
BURNS, WARREN T
Retained

---

PLAINTIFF
LAREDO TEXAS HOSPITAL COMPANY, L.P.

Aliases
*DBA* LAREDO MEDICAL CENTER

Active Attorneys ▾
Lead Attorney
BURNS, WARREN T
Retained

---

PLAINTIFF
SAN ANGELO HOSPITAL LP

Active Attorneys ▾
Lead Attorney
BURNS, WARREN T

Retained

---

PLAINTIFF
CEDAR PARK HEALTH SYSTEM LP

   Aliases
   *DBA* A CEDAR PARK REGIONAL MEDICAL CENTER

Active Attorneys▾
Lead Attorney
BURNS, WARREN T
Retained

---

PLAINTIFF
NHCI OF HILLSBORO INC

Active Attorneys▾
Lead Attorney
BURNS, WARREN T
Retained

---

PLAINTIFF
LONGVIEW MEDICAL CENTER LP

   Aliases
   *DBA* LONGVIEW REGIONAL MEDICAL CENTER

Active Attorneys▾
Lead Attorney
BURNS, WARREN T
Retained

---

PLAINTIFF
PINEY WOODS HEALTHCARE SYSTEM LP

Active Attorneys▾
Lead Attorney
BURNS, WARREN T
Retained

---

DEFENDANT
CEPHALON INC

Address
CORPORATE CREATIONS NETWORK INC
3411 SILVERSIDE ROAD TATNALL BUILDING SUITE 104
WILMINGTON DE 19810

---

DEFENDANT
TEVA PHARMACEUTICALS USA, INC.

Address

REG AGENT CORPORATE CREATIONS NETWORK INC
3411 SILVERSIDE ROAD TATNALL BUILDING SUITE 104
WILMINGTON DE 19810

---

DEFENDANT

WATSON LABORATORIES, INC.

Address
REG AGENT CORPORATE CREATIONS NETWORK INC
8275 SOUTH EASTERN AVENUE #200
LAS VEGAS NV 89123

---

DEFENDANT
ACTAVIS PHARMA, INC.

  Aliases
  *FKA* WATSON PHARMA INC.
Address
REG AGENT
1999 BRYAN STREET SUITE 900
DALLAS TX 75201

---

DEFENDANT
ACTAVIS LLC

  Aliases
  *FKA* ACTAVIS INC.
Address
REG AGENT CORPORATE CREATIONS NETWORK INC
3411 SILVERSIDE ROAD TATNALL BUILDING SUITE 104
WILMINGTON DE 19810

---

DEFENDANT

JOHNSON & JOHNSON

Address
ATTN: LEGAL DEPT.
ONE JOHNSON AND JOHNSON PLAZA
NEW BRUNSWICK NJ 08933

---

DEFENDANT

JANSSEN PHARMACEUTICALS, INC.

Address
REG AGENT CT CORPORATION SYSTEM
1999 BRYAN STREET SUITE 900
DALLAS TX 75201

DEFENDANT
ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC.

Address
REG AGENT CT CORPORATION SYSTEM
1999 BRYAN STREET SUITE 900
DALLAS TX 75201

DEFENDANT
JANSSEN PHARMACEUTICA, INC.

Address
REG AGENT CT CORPORATION SYSTEM
1999 BRYAN STREET SUITE 900
DALLAS TX 75201

DEFENDANT
NORAMCO, INC.

Address
C/O REGISTERED AGENT JORGE GUILOFF
11902 SPEARS ROAD
HOUSTON TX 77067

DEFENDANT
ENDO HEALTH SOLUTIONS INC.

Address
REG AGENT THE CORPORATION TRUST COPMANY
1209 ORANGE STREET
WILMINGTON DE 19801

DEFENDANT
ENDO PHARMACEUTICALS INC.

Address
REG AGENT CT CORPORATION SYSTEM
1999 BRYAN STREET SUITE 900
DALLAS TX 75201

DEFENDANT
ABBOTT LABORATORIES

Address

REG AGENT CT CORPORATION SYSTEM
1999 BRYAN STREET SUITE 900
DALLAS TX 75201

---

DEFENDANT

ABBOTT LABORATORIES, INC.

Address
REG AGENT CT CORPORATION SYSTEM
1999 BRYAN STREET SUITE 900
DALLAS TX 75201

---

DEFENDANT

AMNEAL PHARMACEUTICALS, LLC

Address
REG AGENT THE CORPORATION TRUST COMPANY
1209 ORANGE STREET
WILMINGTON DE 19801

---

DEFENDANT

AMNEAL PHARMACEUTICALS, INC.

Address
REG AGENT CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON DE 19808

---

DEFENDANT

ASSERTIO THERAPEUTICS INC

   Aliases
   *FKA* DEPOMED INC.
Address
THE CORPORATION TRUST COMPANY
1209 ORANGE STREET
WILMINGTON DE 19801

---

DEFENDANT

MALLINCKRODT PLC

Address
REG AGENT CT CORPOATION SYSTEM
120 SOUTH CENTRAL AVENUE
CLAYTON MO 63105

DEFENDANT

MALLINCKRODT LLC

Address
REG AGENT CT CORPORATION SYSTEM
1999 BRYAN STREET SUITE 900
DALLAS TX 75201

DEFENDANT

SPECGX LLC

Address
THE CORPORATION TRUST COMPANY
1209 ORANGE STREET
WILMINGTON DE 19801

DEFENDANT

ALLERGAN PLC

Address
LONGPHORT HOUSE, BLOCK J
THE EARLSFORT CENTRE, LOWER LEESON STREET
DUBLIN 2, DUBLIN 2

DEFENDANT

AMERISOURCEBERGEN CORPORATION

Address
THE CORPORATION TRUST COMPANY
1209 ORANGE STREET
WILMINGTON DE 19801

DEFENDANT

AMERISOURCEBERGEN DRUG CORPORATION

Address
THE CORPORATION TRUST COMPANY
1209 ORANGE STREET
WILMINGTON DE 19801

DEFENDANT

ANDA INC

Address
CORPORATE CREATIONS NETWORK INC CHINO PO
1170 CORPORATE DRIVE WEST SUITE 204
ARLINGTON TX 76006

DEFENDANT

CARDINAL HEALTH INC

Address
CT CORPORATION SYSTEM
4400 EASTERN COMMONS SUITE 125
COLUMBUS OH 43219

DEFENDANT

H.D. SMITH LLC

  Aliases
  *FKA* H.D. SMITH WHOLESALE DRUG CO.
Address
CT CORPORATION SYSTEM
1999 BRYAN STREET SUITE 900
DALLAS TX 75201

DEFENDANT

HENRY SCHEIN, INC.

Address
CORPORATION SERVICE COMPANY
211 EAST 7TH STREET SUITE 620
AUSTIN TX 78701

DEFENDANT

MCKESSON CORPORATION

Address
CORPORATION SERVICE COMPANY
211 EAST 7TH STREET SUITE 620
AUSTIN TX 78701

DEFENDANT

CVS HEALTH CORPORATION

Address
THE CORPORATION TRUST COMPANY
1209 ORANGE STREETN/A
WILMINGTON DE 19801

DEFENDANT

CVS PHARMACY, INC.

Address
CT CORPORATION SYSTEM
1999 BRYAN STREET SUITE 900
DALLAS TX 75201

---

DEFENDANT

WALGREEN CO.

Address
PRENTICE HALL CORPORATION SYSTEM
211 EAST 7TH STREET SUITE 620
AUSTIN TX 78701

---

DEFENDANT

WALGREENS BOOTS ALLIANCE, INC.

Address
CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON DE 19808

---

DEFENDANT

WALMART INC.

Address
REG AGENT
1999 BRYAN STREET SUITE 900
DALLAS TX 75201

---

DEFENDANT
ANDREWS, RICHARD

Address
3905 HIGHGROVE DRIVE
DALLAS TX 75220

---

DEFENDANT
OKECHUKU, THEODORE

Address
FCI TEXARKANA, REGISTER NO. 59813-060
4001 LEOPARD DRIVE
TEXARKANA TX 75501

DEFENDANT
PADRON, NICOLAS

Address
USP BEAUMONT, REGISTER NO. 44575-177
6200 KNAUTH ROAD
BEAUMONT TX 77705

DEFENDANT
VENEGAS, CARLOS LUIS

Address
FCI SEAGOVILLE, REGISTER NO. 54988-177
2113 NORTH HWY 175
SEAGOVILLE TX 75159

## Disposition Events

11/27/2019 Judgment ▾

Judicial Officer
MOORE, MARICELA

Judgment Type
ORDER - CHANGE VENUE TRANSFER

Judgment

Total Judgment: of $0.00

Awarded To: CVS PHARMACY, INC.

Awarded Against: DALLAS COUNTY HOSPITAL DISTRICT, et al

## Events and Hearings

11/20/2019 NEW CASE FILED (OCA) - CIVIL

11/20/2019 ORIGINAL PETITION ▾

ORIGINAL PETITION

11/20/2019 CASE FILING COVER SHEET ▾

CIVIL CASE INFORMATION SHEET

11/20/2019 REQUEST FOR SERVICE ▾

REQUEST

11/20/2019 MOTION - MISCELLANOUS ▾

NOTICE OF RELATED CASES

Comment
NOTICE OF RELATED CASES

11/20/2019 ISSUE CITATION ▾

ISSUE CITATION

11/25/2019 CITATION ▾

Anticipated Server
ESERVE

Anticipated Method
Comment
CEPHALON INC

11/25/2019 CITATION ▾

Anticipated Server
ESERVE

Anticipated Method
Comment
TEVA PHARMACEUTICALS USA INC

11/25/2019 CITATION ▾

Anticipated Server
ESERVE

Anticipated Method
Comment
WATSON LABORATORIES INC

11/25/2019 CITATION ▼

Anticipated Server
ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
12/05/2019
Comment
ACTAVIS PHARMA INC

11/25/2019 CITATION ▼

Anticipated Server
ESERVE

Anticipated Method
Comment
ACTAVIS LLC

11/25/2019 CITATION ▼

Anticipated Server
ESERVE

Anticipated Method
Comment
JOHNSON & JOHNSON

11/25/2019 CITATION ▼

Anticipated Server
ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
12/05/2019
Comment
JANSSEN PHARMACEUTICALS INC

11/25/2019 CITATION ▼

Anticipated Server
ESERVE

Anticipated Method

Actual Server
PRIVATE PROCESS SERVER

Returned
12/05/2019
Comment
ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS INC

11/25/2019 CITATION ▾

Anticipated Server
ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
12/05/2019
Comment
JANSSEN PHARMACEUTICA INC

11/25/2019 CITATION ▾

Anticipated Server
ESERVE

Anticipated Method
Comment
NORAMCO INC

11/25/2019 CITATION ▾

Anticipated Server
ESERVE

Anticipated Method
Comment
ENDO HEALTH SOLUTIONS INC

11/25/2019 CITATION ▾

Anticipated Server
ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
12/05/2019
Comment
ENDO PHARMACEUTICALS INC

11/25/2019 CITATION ▾

Anticipated Server
ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
12/05/2019
Comment
ABBOTT LABORATORIES

---

11/25/2019 CITATION ▼

Anticipated Server
ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
12/05/2019
Comment
ABBOTT LABORATORIES INC

---

11/25/2019 CITATION ▼

Anticipated Server
ESERVE

Anticipated Method
Comment
AMNEAL PHARMACEUTICALS LLC

---

11/25/2019 CITATION ▼

Anticipated Server
ESERVE

Anticipated Method
Comment
AMNEAL PHARMACEUTICALS INC

---

11/25/2019 CITATION ▼

Anticipated Server
ESERVE

Anticipated Method
Comment
ASSERTIO THERAPEUTICS INC

---

11/25/2019 CITATION ▼

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF STATE

Returned
12/02/2019
Comment
MALLINCKRODT PLC

11/25/2019 CITATION ▼

Anticipated Server
ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
12/05/2019
Comment
MALLINCKRODT LLC

11/25/2019 CITATION ▼

Anticipated Server
ESERVE

Anticipated Method
Comment
SPECGX LLC

11/25/2019 CITATION ▼

Anticipated Server
ESERVE

Anticipated Method
Comment
ALLERGAN PLC

11/25/2019 CITATION ▼

Anticipated Server
ESERVE

Anticipated Method
Comment
AMERISOURCEBERGEN CORPORATION

11/25/2019 CITATION ▼

Anticipated Server
ESERVE

Anticipated Method

Comment
AMERISOURCEBERGEN DRUG CORPORATION

11/25/2019 CITATION ▾

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF COUNTY

Returned
12/05/2019
Comment
ANDI INC

11/25/2019 CITATION ▾

Anticipated Server
ESERVE

Anticipated Method
Comment
CARDINAL HEALTH INC

11/25/2019 CITATION ▾

Anticipated Server
ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
12/05/2019
Comment
H.D. SMITH LLC

11/25/2019 CITATION ▾

Anticipated Server
ESERVE

Anticipated Method
Comment
HENRY SCHEIN INC

11/25/2019 CITATION ▾

Anticipated Server
ESERVE

Anticipated Method
Comment
MCKESSON CORPORATION

11/25/2019 CITATION ▾

Anticipated Server
ESERVE

Anticipated Method
Comment
CVS HEALTH CORPORATION

11/25/2019 CITATION ▾

Anticipated Server
ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
12/05/2019
Comment
CVS PHARMACY INC

11/25/2019 CITATION ▾

Anticipated Server
ESERVE

Anticipated Method
Comment
WALGREEN CO.

11/25/2019 CITATION ▾

Anticipated Server
ESERVE

Anticipated Method
Comment
WALGREENS BOOTS ALLIANCE INC

11/25/2019 CITATION ▾

Anticipated Server
ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
12/05/2019
Comment
WALMART INC

11/25/2019 CITATION ▾

Anticipated Server
ESERVE

Anticipated Method
Comment
RICHARD ANDREWS MD

---

11/25/2019 CITATION ▼

Anticipated Server
ESERVE

Anticipated Method
Comment
THEODORE OKECHUKU MD

---

11/25/2019 CITATION ▼

Anticipated Server
ESERVE

Anticipated Method
Comment
NICOLAS PADRON MD

---

11/25/2019 CITATION ▼

Anticipated Server
ESERVE

Anticipated Method
Comment
CARLOS LUIS VENEGAS MD

---

11/27/2019 NOTICE OF TRANSFER UNDER RULE 13/TAG-ALONG CASE ▼

NOTICE OF TRANSFER OF TAG ALONG CASE

---

12/02/2019 RETURN OF SERVICE ▼

EXECUTED CITATION - MALLINCKRODT PLC

　Comment
　EXECUTED CITATION - MALLINCKRODT PLC

---

12/05/2019 RETURN OF SERVICE ▼

EXECUTED CITATION - ABBOTT LABORATORIES INC

　Comment
　EXECUTED CITATION - ABBOTT LABORATORIES INC

---

12/05/2019 RETURN OF SERVICE ▼

EXECUTED CITATION - ANDA INC

Comment
EXECUTED CITATION - ANDA INC

12/05/2019 RETURN OF SERVICE ▾

EXECUTED CITATION - MALLINCKRODT LLC

Comment
EXECUTED CITATION - MALLINCKRODT LLC

12/05/2019 RETURN OF SERVICE ▾

EXECUTED CITATION - ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. N/K/A JANSSEN
PHARMACEUTICALS, INC.

Comment
EXECUTED CITATION - ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. N/K/A JANSSEN
PHARMACEUTICALS, INC.

12/05/2019 RETURN OF SERVICE ▾

EXECUTED CITATION - ABBOTT LABORATORIES

Comment
EXECUTED CITATION - ABBOTT LABORATORIES

12/05/2019 RETURN OF SERVICE ▾

EXECUTED CITATION - ACTAVIS PHARMA, INC. F/K/A WATSON PHARMA INC.

Comment
EXECUTED CITATION - ACTAVIS PHARMA, INC. F/K/A WATSON PHARMA INC.

12/05/2019 RETURN OF SERVICE ▾

EXECUTED CITATION - WALMART INC.

Comment
EXECUTED CITATION - WALMART INC.

12/05/2019 RETURN OF SERVICE ▾

EXECUTED CITATION - JANSSEN PHARMACEUTICA, INC. N/K/A JANSSEN PHARMACEUTICALS, INC.

Comment
EXECUTED CITATION - JANSSEN PHARMACEUTICA, INC. N/K/A JANSSEN PHARMACEUTICALS,
INC.

12/05/2019 RETURN OF SERVICE ▾

EXECUTED CITATION - H.D. SMITH, LLC F/K/A H.D. SMITH WHOLESALE DRUG CO.

Comment
EXECUTED CITATION - H.D. SMITH, LLC F/K/A H.D. SMITH WHOLESALE DRUG CO.

12/05/2019 RETURN OF SERVICE ▾

EXECUTED CITATION - ENDO PHARMACEUTICALS INC

Comment
EXECUTED CITATION - ENDO PHARMACEUTICALS INC

12/05/2019 RETURN OF SERVICE ▾

EXECUTED CITATION - CVS PHARMACY INC

Comment
EXECUTED CITATION - CVS PHARMACY INC

12/05/2019 RETURN OF SERVICE ▾

EXECUTED CITATION - JANSSEN PHARMACEUTICALS, INC.

Comment
EXECUTED CITATION - JANSSEN PHARMACEUTICALS, INC.

## Financial

DALLAS COUNTY HOSPITAL DISTRICT

| | | | | |
|---|---|---|---|---|
| | Total Financial Assessment | | | $678.00 |
| | Total Payments and Credits | | | $678.00 |
| 11/21/2019 | Transaction Assessment | | | $678.00 |
| 11/21/2019 | CREDIT CARD - TEXFILE (DC) | Receipt # 80005-2019-DCLK | DALLAS COUNTY HOSPITAL DISTRICT | ($678.00) |

## Documents

ORIGINAL PETITION

CIVIL CASE INFORMATION SHEET

REQUEST

NOTICE OF RELATED CASES

ISSUE CITATION

NOTICE OF TRANSFER OF TAG ALONG CASE

EXECUTED CITATION - MALLINCKRODT PLC

EXECUTED CITATION - ABBOTT LABORATORIES INC

EXECUTED CITATION - ANDA INC

EXECUTED CITATION - MALLINCKRODT LLC

EXECUTED CITATION - ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. N/K/A JANSSEN PHARMACEUTICALS, INC.

EXECUTED CITATION - ABBOTT LABORATORIES

EXECUTED CITATION - ACTAVIS PHARMA, INC. F/K/A WATSON PHARMA INC.

EXECUTED CITATION - WALMART INC.

EXECUTED CITATION - JANSSEN PHARMACEUTICA, INC. N/K/A JANSSEN PHARMACEUTICALS, INC.

EXECUTED CITATION - H.D. SMITH, LLC F/K/A H.D. SMITH WHOLESALE DRUG CO.

EXECUTED CITATION - ENDO PHARMACEUTICALS INC

EXECUTED CITATION - CVS PHARMACY INC

EXECUTED CITATION - JANSSEN PHARMACEUTICALS, INC.