FILED
DALLAS COUNTY
12/5/2019 5:02 PM
FELICIA PITRE
DISTRICT CLERK

Daniel Macias

CAUSE NO. **DC-19-18635**

| | | |
|---|---|---|
| **DALLAS COUNTY HOSPITAL DISTRICT D/B/A PARKLAND HEALTH & HOSPITAL SYSTEM, ET AL.** | § § § § | IN THE DISTRICT COURT |
| Plaintiff(s), | § | |
| VS. | § | 162ND JUDICIAL DISTRICT |
| **AMNEAL PHARMACEUTICALS, LLC, ET AL.,** | § § § | |
| Defendant(s). | § | DALLAS COUNTY, TEXAS |

## RETURN OF SERVICE

Came to my hand on **Tuesday, November 26, 2019 at 2:56 PM**,
Executed at: **1999 BRYAN STREET, STE 900, DALLAS, TX 75201**
within the county of **DALLAS** at **11:45 AM**, on **Wednesday, November 27, 2019**,
by individually and personally delivering to the within named:

**MALLINCKRODT LLC**

By delivering to its **Registered Agent, CT CORPORATION SYSTEM**
By delivering to its **Authorized Agent, TERRI THONGSAVAT**
a true copy of this

**CITATION; PLAINTIFFS' ORIGINAL PETITION, JURY DEMAND AND RULE 194.2 REQUEST FOR DISCLOSURE and PLAINTIFF'S NOTICE OF RELATED CASES with CIVIL CASE INFORMATION SHEET**

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **Ryan McColm** who after being duly sworn on oath states: "My name is **Ryan McColm**. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP."

By: _____
Ryan McColm - PSC6317 - Exp 01/31/21
served@specialdelivery.com

Subscribed and Sworn to by Ryan McColm, Before Me, the undersigned authority, on this 27th day of November, 2019.

_____
Notary Public in and for the State of Texas

MICHAEL S. HARP
Notary Public
STATE OF TEXAS
ID#12499806-6
My Comm. Exp. July 23, 2020

EXHIBIT T

# FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

To:

    MALLINCKRODT LLC
    SERVED REGISTERED AGENT CT CORPORATION SYSTEM,
    1999 BRYAN STREET, SUITE 900,
    DALLAS, TX 75201-3136

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **162nd District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **DALLAS COUNTY HOSPITAL DISTRICT D/B/A PARKLAND HEALTH & HOSPITAL SYSTEM, ET AL**

Filed in said Court **20th day of November, 2019** against

**AMNEAL PHARMACEUTICALS LLC, ET AL**

For Suit, said suit being numbered **DC-19-18635,** the nature of which demand is as follows:
Suit on **OTHER (CIVIL)** etc. as shown on said petition **REQUEST FOR DISCLOSURE**, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 25th day of November, 2019.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

    By _/s/ Shelia Bradley_ , Deputy
    SHELIA BRADLEY

---

**ESERVE**

**CITATION**

DC-19-18635

DALLAS COUNTY HOSPITAL DISTRICT, al
vs.
CEPHALON INC, et al

ISSUED THIS
25th day of November, 2019

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: SHELIA BRADLEY, Deputy

**Attorney for Plaintiff**
WARREN T BURNS
BURNS CHAREST LLP
900 JACKSON STREET SUITE 500
DALLAS TX  75202
469-904-4550

**DALLAS COUNTY SERVICE FEES NOT PAID**

# OFFICER'S RETURN

Case No. : DC-19-18635

Court No.162nd District Court

Style: DALLAS COUNTY HOSPITAL DISTRICT, et al

vs.

CEPHALON INC, et al

Came to hand on the _____day of _____, 20_____, at _____o'clock_____.M. Executed at _____,

within the County of _____ at _____ o'clock _____ .M. on the _____day of_____,

20_____, by delivering to the within named _____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by me in serving such process was _____miles and my fees are as follows: To certify which witness my hand.

| | | | |
|---|---|---|---|
| For serving Citation | $_____ | _____ | |
| For mileage | $_____ | of_____County, _____ | |
| For Notary | $_____ | By_____Deputy | |

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said_____before me this_____day of _____, 20_____,

to certify which witness my hand and seal of office.

_____

Notary Public_____County_____

**\*\*SEE ATTACHED\*\***
**\*\*\*AFFIDAVIT\*\*\***