IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DALLAS COUNTY HOSPITAL DISTRICT D/B/A PARKLAND HEALTH & HOSPITAL SYSTEM; PALO PINTO COUNTY HOSPITAL DISTRICT A/K/A PALO PINTO GENERAL HOSPITAL; GUADALUPE VALLEY HOSPITAL A/K/A GUADALUPE REGIONAL MEDICAL CENTER; VHS SAN ANTONIO PARTNERS, LLC D/B/A BAPTIST MEDICAL CENTER; VHS SAN ANTONIO PARTNERS, LLC D/B/A MISSION TRAIL BAPTIST HOSPITAL; VHS SAN ANTONIO PARTNERS, LLC D/B/A NORTH CENTRAL BAPTIST HOSPITAL; VHS SAN ANTONIO PARTNERS, LLC D/B/A NORTHEAST BAPTIST HOSPITAL; VHS SAN ANTONIO PARTNERS D/B/A ST. LUKE'S BAPTIST HOSPITAL; NACOGDOCHES MEDICAL CENTER; RESOLUTE HOSPITAL COMPANY, LLC D/B/A RESOLUTE HEALTH; THE HOSPITALS OF PROVIDENCE EAST CAMPUS; THE HOSPITALS OF PROVIDENCE MEMORIAL CAMPUS; THE HOSPITALS OF PROVIDENCE SIERRA CAMPUS; THE HOSPITALS OF PROVIDENCE TRANSMOUNTAIN CAMPUS; VHS BROWNSVILLE HOSPITAL COMPANY, LLC D/B/A VALLEY BAPTIST MEDICAL CENTER BROWNSVILLE; VHS HARLINGEN HOSPITAL COMPANY, LLC D/B/A VALLEY BAPTIST MEDICAL CENTER; ARMC, L.P. D/B/A ABILENE REGIONAL MEDICAL CENTER; COLLEGE STATION HOSPITAL, LP F/K/A COLLEGE STATION MEDICAL CENTER; GRANBURY HOSPITAL CORPORATION D/B/A LAKE GRANBURY MEDICAL CENTER; NAVARRO HOSPITAL, L.P. D/B/A NAVARRO REGIONAL HOSPITAL; BROWNWOOD HOSPITAL, L.P. D/B/A BROWNWOOD REGIONAL MEDICAL CENTER; VICTORIA OF TEXAS, L.P. D/B/A DETAR HOSPITAL NAVARRO; LAREDO TEXAS HOSPITAL COMPANY, L.P. D/B/A | Case No. 4:19-cv-04834 |

1

LAREDO MEDICAL CENTER; SAN ANGELO HOSPITAL, L.P. D/B/A SAN ANGELO COMMUNITY MEDICAL CENTER; CEDAR PARK HEALTH SYSTEM, L.P. D/B/A CEDAR PARK REGIONAL MEDICAL CENTER; NHCI OF HILLSBORO, INC. D/B/A HILL REGIONAL HOSPITAL; LONGVIEW MEDICAL CENTER, L.P. D/B/A LONGVIEW REGIONAL MEDICAL CENTER; AND PINEY WOODS HEALTHCARE SYSTEM, L.P. D/B/A WOODLAND HEIGHTS MEDICAL CENTER;

       Plaintiffs,

v.

AMNEAL PHARMACEUTICALS; AMNEAL PHARMACEUTICALS, INC.; TEVA PHARMACEUTICALS USA, INC.; CEPHALON, INC.; JOHNSON & JOHNSON; JANSSEN PHARMACEUTICALS, INC.; ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. N/K/A JANSSEN PHARMACEUTICALS, INC.; JANSEN PHARMACEUTICA, INC. N/K/A JANSSEN PHARMACEUTICALS, INC.; ABBOTT LABORATORIES; ABBOTT LABORATORIES INC.; ASSERTIO THERAPEUTICS, INC. F/K/A DEPOMED, INC.; NORAMCO, INC.; ENDO HEALTH SOLUTIONS INC.; ENDO PHARMACEUTICALS INC.; MALLINCKRODT PLC; MALLINCKRODT LLC; SPECGX LLC; ALLERGAN PLC; WATSON LABORATORIES, INC.; ACTAVIS PHARMA, INC. F/K/A WATSON PHARMA, INC.; ACTAVIS LLC F/K/A ACTAVIS INC.; ANDA, INC.; H. D. SMITH, LLC F/K/A H. D. SMITH WHOLESALE DRUG CO.; HENRY SCHEIN, INC.; AMERISOURCEBERGEN CORPORATION; AMERISOURCEBERGEN DRUG CORPORATION; CARDINAL HEALTH, INC; MCKESSON CORPORATION; CVS HEALTH CORPORATION; CVS PHARMACY, INC.; WALGREEN CO.; WALGREENS BOOTS ALLIANCE, INC.; WALMART INC.; RICHARD ANDREWS, MD; THEODORE OKECHUKU,

2

MD; NICOLAS PADRON, MD; CARLOS LUIS
VENEGAS, MD; AND JOHN DOES 1 TO 100.

Defendants

**PLAINTIFFS' EMERGENCY MOTION TO REMAND, MOTION FOR EXPEDITED REVIEW, AND MOTION FOR ATTORNEY'S FEES AND COSTS**

1. Plaintiffs in the above-captioned removed civil action hereby move, pursuant to 28 U.S.C. § 1447(c), for this action to be remanded to the 152nd Judicial District of Harris County, Texas, where the action was pending as part of *In Re Texas Opioid Litigation* (the "Texas MDL"). Plaintiffs also move the Court to consider the Motion on an expedited basis and to award attorney's fees and costs. As grounds for this Motion, Plaintiffs represent that there is no federal-question jurisdiction because their Complaint relies solely upon state law.

2. This Motion is made on an emergency basis because the Defendants know full well this Court has no subject-matter jurisdiction, but they have an improper ulterior motive. Numerous opioid cases such as this one have been removed on identical federal-question grounds, which were rejected by federal district courts across the country and in this very District and Division.

3. The Defendants have engaged in rank gamesmanship, by transferring this case from Dallas County to the Texas MDL in Harris County, and then immediately removing it to this Court.

4. The Removing Defendants' improper ulterior motive is to consign this case to the morass that is otherwise known as MDL No. 2804, the opioid multidistrict litigation in the Northern District of Ohio (the "federal MDL"), where an ocean of cases (over 2,000) clogs the docket and the court has suspended consideration of motions to remand. The Defendants' plan is for this Court to transfer this case to MDL No. 2804 with Plaintiffs' Motion to Remand pending. In this way, the Defendants seek to indefinitely delay any progress in this case, including its return to state court.

5. Plaintiffs submit that unless and until this Court determines that it has subject matter jurisdiction, it has no power to send this case to MDL No. 2804. Many district courts have held that if a federal

court has no subject matter jurisdiction over a case, it cannot transfer the case to an MDL. *Craft v. United Ins. Co. of Am.*, 2002 WL 32509283, at *1 (S.D.Miss. January 17, 2002) (collecting cases); *See also Poole v. Ethicon, Inc.*, No. CIV.A. H-12-0339, 2012 WL 868781, at *2 (S.D. Tex. Mar. 13, 2012) (internal citations omitted) ("[I]f this Court does not have jurisdiction over this matter, then neither will the MDL court."). This is because subject matter jurisdiction is the power to act. "[I]f the lawsuit has come before the Court *via* removal, upon determining that subject matter jurisdiction is lacking, the Court's only recourse is remand." *Am. Nat. Ins. Co. v. Travelers Cas. & Sur. Co.*, 8 F. Supp. 2d 938, 939 (S.D. Tex. 1998). And in any event, the equities favor ruling on Plaintiffs' Motion to Remand before an MDL transfer.

6. In addition, Plaintiffs seek attorney's fees and costs incurred in responding to this baseless removal, pursuant to 28 U.S.C. § 1447(c). Such an award is appropriate where, as here, "the removing party lacked an objectively reasonable basis for seeking removal." *Martin v. Franklin Capital Corp.*, 546 U.S. 132, 141 (2005) (citing *Hornbuckle v. State Farm Lloyds*, 358 F.3d 538, 541 (5th Cir. 2004)).

7. Concurrently with this Motion, Plaintiffs have submitted a supporting brief addressing the issues presented.

8. For the above reasons, the Court should summarily remand the case, or set an expedited briefing schedule, award Plaintiffs attorney's fees and costs

Dated: December 16, 2019  Respectfully Submitted,

By:   /s/ Warren T. Burns
Warren T. Burns (SBN 24053119)
Attorney-in-charge
SDTX Bar # 611613
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, TX 75202
T: (469) 904-4550
F: (469) 444-5002
wburns@burnscharest.com

4

Darren Nicholson (SBN 24032789)
Will Thompson (SBN 24094981)
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, Texas 75202
Main: 469-904-4550
Fax: 469-444-5002
dnicholson@burnscharest.com
wthompson@burnscharest.com

Rick Yelton III (SBN 24113469)
Lydia A. Wright
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, LA 70130
Main: 504-799-2845
Fax: 504-881-1765
Ryelton@burnscharest.com
Lwright@burnscharest.com

Zona Jones (SBN 10887600)
**HARRISON DAVIS STEAKLEY MORRISON JONES, P.C.**
850 Park Street
Beaumont, TX 77701
PH: (409) 753-0000
FAX: (409) 833-0075
Zona@TheTrialLawyers.com

Don Barrett*
**BARRETT LAW GROUP, P.A.**
404 Court Square North
Lexington, MS 39095-0927
Office: 662-834-9168
donbarrettpa@gmail.com

Jonathan W. Cuneo
Monica Miller
Mark H. Dubester
David L. Black
Jennifer E. Kelly
Evelyn Li
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Telephone: (202)789-3960
jonc@cuneolaw.com

monica@cuneolaw.com
mark@cuneolaw.com
dblack@cuneolaw.com
jkelly@cuneolaw.com
evelyn@cuneolaw.com

Steve Martino
Ruth Lichtenfeld
**TAYLOR MARTINO, P.C.**
455 St. Louis Street
Mobile, AL 36602
Telephone: (251) 433-3131
stevemartino@taylormartino.com
ruth@taylormartino.com

Attorneys for Plaintiffs

6

## CERTIFICATE OF SERVICE

     I hereby certify that on this 16th day of December 2019, I caused the foregoing document to be filed with the Clerk of this Court via the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

Dated: December 16, 2019

                                                                        */s/* Warren T. Burns  
                                                                        Warren T. Burns (SBN 24053119)  
                                                                        Attorney-in-charge  
                                                                        SDTX Bar # 611613  
                                                                        **BURNS CHAREST LLP**  
                                                                        900 Jackson Street, Suite 500  
                                                                        Dallas, TX 75202  
                                                                        T: (469) 904-4550  
                                                                        F: (469) 444-5002  
                                                                        wburns@burnscharest.com

## CERTIFICATE OF CONFERENCE

On Friday, December 13, 2019, I called both attorney in charge David Weinstein and his associate Amanda Catalani to meet and confer about the substance in the above referenced motion. Specifically, I called at 2:35pm, 3:04pm, 3:26pm, and 5:12pm. I called again at 10:54am on Monday, December 16, 2019. At 11:02am I sent a follow-up email to Ms. Catalani, Mr. Weinstein, and all counsel who had been electronically served with the Notice of Removal and advised them that Plaintiffs would be filing the above motion. In that email, I asked them please to confirm that they were opposed to the motion or to call me to discuss. As of the time of this filing, I have not received a response and assume that this motion is opposed.

Dated: December 16, 2019               /s/ Darren Nicholson
                                       Darren Nicholson (SBN 24032789)
                                       **BURNS CHAREST LLP**
                                       900 Jackson Street, Suite 500
                                       Dallas, TX 75202
                                       T: (469) 904-4550
                                       F: (469) 444-5002
                                       dnicholson@burnscharest.com