UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DALLAS COUNTY HOSPITAL DISTRICT D/B/A PARKLAND HEALTH & HOSPITAL SYSTEM; *et al.* | § § § § § § |
| Plaintiff | § |
| v. | §   CIVIL ACTION: 4:19-cv-04834 |
| AMNEAL PHARMACEUTICALS, *et al.*, | § § § |
| Defendants | § |

**DEFENDANT MCKESSON CORPORATION'S
CORPORATE DISCLOSURE STATEMENT**

Defendant McKesson Corporation ("McKesson") submits this corporate disclosure statement pursuant to Federal Rule of Civil Procedure 7.1.

McKesson is a publicly traded corporation. It has no parent corporations and no publicly held corporation owns 10% or more of McKesson stock.

Other than the above-described entities and the other parties to the litigation, McKesson is not currently aware of any other individuals or entities that are financially interested in the outcome of this litigation.

1

923197.1

Respectfully submitted,

*/s/   Craig Smyser*
Craig Smyser
Texas Bar No. 18777575
Fed. Bar No. 848
csmyser@skv.com
Tyler G. Doyle
Texas Bar No. 24072075
Fed. Bar No. 1373873
tydoyle@skv.com
David Isaak
Texas Bar No. 24012887
Fed. Bar No. 26694
disaak@skv.com
Razvan Ungureanu
Texas Bar No. 24085630
Fed. Bar No. 2006928
razvan@skv.com
Kristin Adler
Texas Bar No. 793233
Fed. Bar No. 21273
kadler@skv.com
Michelle S. Stratton
Texas Bar No. 24085606
Fed. Bar No. 2592215
mstratton@skv.com
Crystal Robles
Texas Bar No. 24083754
Fed. Bar No. 2070295
crobles@skv.com
SMYSER KAPLAN & VESELKA L.L.P.
717 Texas Avenue, Suite 2800
Houston, Texas 77002
Phone:  713-221-2300
Fax:  713-221-2320

*Counsel for Defendant McKesson Corporation*

2

923197.1

## CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5.1 on December 17, 2019.

                                        /s/   *Craig Smyser*
                                            Craig Smyser

923197.1