# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| DALLAS COUNTY HOSPITAL DISTRICT, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> AMNEAL PHARMACEUTICALS, LLC, et al. <br><br> Defendants. | Case No.: 4:19-cv-04834 |

## RULE 7.1 DISCLOSURE STATEMENT OF MALLINCKRODT LLC, SPECGX LLC, AND MALLINCKRODT PLC

In accordance with Federal Rule of Civil Procedure 7.1 and the Court's Order for Conference and Disclosure of Interested Parties, the following information is provided for named defendants Mallinckrodt LLC, Mallinckrodt plc, and SpecGx LLC:[1]

1. Defendants Mallinckrodt LLC, Mallinckrodt plc, and SpecGx LLC are financially interested in this case.

Other than the above-named entities and the other parties to the litigation, Defendants are not currently aware of any other individuals or entities that are financially interested in this case.

Dated: December 30, 2019                                    Respectfully submitted,

---

[1] Mallinckrodt plc, an Irish corporation headquartered in the United Kingdom, disputes that it has been served, and expressly reserves all defenses, including those related to personal jurisdiction and service of process, and provides this disclosure statement without waiving such defenses. Please be advised this disclosure statement does not constitute an appearance in this matter, and SpecGx LLC and Mallinckrodt LLC do not waive any of their substantive or procedural rights, including but not limited to their rights to challenge personal jurisdiction and service of process.

**PARSONS MCENTIRE MCCLEARY PLLC**

By: /s/ Roger L. McCleary
Jeffrey R. Parsons
Texas Bar No. 15547200
Federal ID No. 2411
jparsons@pmmlaw.com
Roger L. McCleary
Texas Bar No. 13393700
Federal ID No. 205
rmcleary@pmmlaw.com
James C. Burnett
Texas Bar No. 24094025
Federal ID No. 2983272
jburnett@pmmlaw.com
One Riverway, Suite 1800
Houston, Texas 77056
Telephone: (713) 960-7315
Facsimile: (713) 960-7347

*Counsel for Defendants Mallinckrodt LLC, SpecGx LLC and Mallinckrodt plc*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been electronically served upon all counsel of record on the 30th day of December 2019.

/s/ Roger L. McCleary
Roger L. McCleary

3050832