| | |
|---|---|
| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

### HOUSTON DIVISION

Dallas County Hospital District – Parkland
Memorial Hospital, et al.
   *Plaintiff(s),*

v.

Case No. 4:19–cv–04834

Amneal Pharmaceuticals, Inc., et al.
   *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING:   **Motion Hearing**
RE: Motion to Remand – #5
Motion to Strike – #6

DATE:   **1/16/2020**

TIME:   **03:00 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

**UNITED STATES COURTHOUSE
515 RUSK COURTROOM 3–A
HOUSTON, TEXAS 77002.**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL–IN NUMBER AT 713–250–5238.
ENTER CONFERENCE ID: 45238, FOLLOWED BY PASSWORD: 13579.

**David J. Bradley, Clerk**                                                                 Date: December 31, 2019

By Deputy Clerk, A. Rivera