UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
–Houston Division–

| | |
|---|---|
| DALLAS COUNTY HOSPITAL DISTRICT D/B/A/ PARKLAND HEALTH & HOSPITAL SYSTEM, *et al.*<br><br>*Plaintiff,*<br><br>–v–<br><br>AMNEAL PHARMACEUTICALS, *et al.*,<br><br>*Defendants.* | Case No. 4:19–cv–04834<br><br>The Honorable Keith P. Ellison |

**CVS PHARMACY, INC.'S MOTION FOR TEMPORARY STAY
PENDING LIKELY TRANSFER TO MULTIDISTRICT LITIGATION
AND REQUEST FOR CONSOLIDATED CONSIDERATION OF
ALL PENDING MOTIONS**

Defendant CVS Pharmacy, Inc. moves for a temporary stay of these proceedings. The Judicial Panel on Multidistrict Litigation has issued a conditional transfer order indicating this case should be transferred to the Multidistrict Litigation pending before the Honorable Dan Aaron Polster of the United States District Court for the Northern District of Ohio because it appears to "involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster." The JPML will likely hear arguments in March 2020 as to whether to finalize transfer of this case to the *In Re: National Prescription Opiate Litig.*, 1:17-md-2804, MDL. The Court should issue a stay until JPML makes its final transfer determination.

The Court has currently set Plaintiffs' motion to strike and Plaintiffs' motion for remand for hearing on January 16, 2020. (ECF No. 32). There is no need for this Court to consider either of Plaintiffs' motions at this time—both motions should be addressed by Judge Polster in the Opiate MDL when the JPML finalizes its conditional transfer order. *County of Jim Hogg* v. *Purdue Pharma, L.P.*, No. 4:19-cv-02816 (S.D. Tex. Sept. 4, 2019) (Rosenthal, C.J.) (deferring consideration of substantively identical motion to remand while MDL transfer is pending is "appropriate to avoid duplicative litigation of those issues, to improve judicial economy, and to reduce the risk of inconsistent results."). To the extent the Court intends to address Plaintiffs' motions, CVS would respectfully request the Court set this motion to stay for hearing at the same time on January 16, 2020.

        Respectfully submitted,

By: */s/ David B. Weinstein*
     David B. Weinstein
     State Bar of Texas No. 21096400
     S.D. No. 4329
Attorney-In-Charge
WEINSTEIN TIPPETTS & LITTLE LLP
7500 San Felipe Street, Suite 500
Houston, Texas  77063
Tel:  (713) 244-0800
Fax:  (713) 244-0801
david.weinstein@wtllaw.com

OF COUNSEL:

WEINSTEIN TIPPETTS & LITTLE LLP
Matthew E. Coveler
State Bar No. 24012462
S.D. No. 24130
matthew.coveler@wtllaw.com
Amanda L. Catalani
State Bar No. 24101602
S.D. No. 3299063
amanda.catalani@wtllaw.com

ZUCKERMAN SPAEDER LLP
Conor B. O'Croinin*
M.D. Bar No. 0412150129
Daniel P. Moylan*
M.D. Bar No. 0012130119
J. Michael Pardoe*
M.D. Bar No. 1712140096
100 East Pratt Street, Suite 2440
Baltimore, MD 21202-1031
Tel:  (410) 332-0444
Fax:  (410) 659-0436
cocroinin@zuckerman.com
dmoylan@zuckerman.com
mpardoe@zuckerman.com

*Denotes national counsel who will seek pro hac vice admission*

**Attorneys for Defendants CVS Pharmacy Inc. and CVS Health Corporation**

3

7102908.1

## Certificate of Conference

Counsel for CVS discussed this motion by telephone with counsel for Plaintiffs, Darren Nicholson, on January 2, 2020. Mr. Nichsolson indicated Plaintiffs oppose the stay requested by CVS.

*/s/ David B. Weinstein*
David B. Weinstein

## Certificate of Service

In accordance with Rule 5 of the Federal Rules of Civil Procedure and Local Rule 5.3, I certify that this response was served on all parties via the Court's CM/ECF system on January 3, 2020.

*/s/ David B. Weinstein*
David B. Weinstein

7102908.1