United States District Court
Southern District of Texas
**ENTERED**
July 26, 2019
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

COUNTY OF DUVAL,

*Plaintiff*

–v–

PURDUE PHARMA, L.P., *et al.*,

*Defendants.*

Case No: 4:19–cv–02504

The Honorable David Hittner

## ORDER

Upon consideration of the Motion for a Temporary Stay of Proceedings Pending Final Ruling by the Judicial Panel on Multidistrict Litigation, which was filed by Defendant CVS Pharmacy, Inc., it is hereby: **ORDERED** that the Motion for Temporary Stay is **GRANTED** until the Judicial Panel on Multidistrict Litigation issues a final decision on whether to transfer this action to the Opiate Multidistrict Litigation pending in the Northern District of Ohio, *In Re: Nat'l Prescription Opiate Litig.*, No. 1:17-md-02804 (Polster, J.).

IT IS SO ORDERED.

Dated this day 26 of July, 2019.

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE

**EXHIBIT 4**

6902403.1