IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DALLAS COUNTY HOSPITAL DISTRICT D/B/A PARKLAND HEALTH & HOSPITAL SYSTEM, ET AL., <br>　　　　　Plaintiffs, <br><br>v. <br><br>AMNEAL PHARMACEUTICALS, ET AL., <br><br>　　　　　Defendants | Case No. 4:19-cv-04834 |

**PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Federal Rule of Civil Procedure 7.1 and the Court's December 13, 2019 Order for Conference and Disclosure of Interested Parties, Plaintiffs file this Corporate Disclosure Statement and provide the Court with the following information:

1. Plaintiffs are not currently aware of any individuals or entities other than the parties to this litigation who are financially interested in the outcome of this litigation.

2. Plaintiff VHS San Antonio Partners, LLC d/b/a North Central Baptist Hospital is an indirect subsidiary of Tenet Healthcare Corporation, which is a publicly traded company. The managing member of VHS San Antonio Partners, LLC d/b/a North Central Baptist Hospital is VHS Acquisition Subsidiary Number 5, Inc.

3. Plaintiff VHS San Antonio Partners, LLC d/b/a Baptist Medical Center is an indirect subsidiary of Tenet Healthcare Corporation, which is a publicly traded company. The managing member of VHS San Antonio Partners, LLC d/b/a Baptist Medical Center is VHS Acquisition Subsidiary Number 5, Inc.

4. Plaintiff VHS San Antonio Partners, LLC d/b/a Mission Trail Baptist Hospital is an indirect subsidiary of Tenet Healthcare Corporation, which is a publicly traded company. The

1

managing member of VHS San Antonio Partners, LLC d/b/a Mission Trail Baptist Hospital is VHS Acquisition Subsidiary Number 5, Inc.

5. Plaintiff VHS San Antonio Partners, LLC d/b/a Northeast Baptist Hospital is an indirect subsidiary of Tenet Healthcare Corporation, which is a publicly traded company. The managing member of VHS San Antonio Partners, LLC d/b/a Northeast Baptist Hospital is VHS Acquisition Subsidiary Number 5, Inc.

6. Plaintiff VHS San Antonio Partners, LLC d/b/a St. Luke's Baptist Hospital is an indirect subsidiary of Tenet Healthcare Corporation, which is a publicly traded company. The managing member of VHS San Antonio Partners, LLC d/b/a St. Luke's Baptist Hospital is VHS Acquisition Subsidiary Number 5, Inc.

7. Plaintiff TH Healthcare, Ltd. d/b/a Nacogdoches Medical Center, a Texas limited partnership, is an indirect but wholly owned subsidiary of Tenet Healthcare Corporation, which is a publicly traded company.

8. Plaintiff Resolute Hospital Company, LLC d/b/a Resolute Health is an indirect but wholly owned subsidiary of Tenet Healthcare Corporation, which is a publicly traded company.

9. Plaintiff Tenet Hospitals Limited d/b/a The Hospitals of Providence East Campus is an indirect but wholly owned subsidiary of Tenet Healthcare Corporation, which is a publicly traded company.

10. Plaintiff Tenet Hospitals Limited d/b/a The Hospitals of Providence Memorial Campus is an indirect but wholly owned subsidiary of Tenet Healthcare Corporation, which is a publicly traded company.

11. Plaintiff Tenet Hospitals Limited d/b/a The Hospitals of Providence Sierra Campus is an indirect but wholly owned subsidiary of Tenet Healthcare Corporation, which is a publicly traded company.

12. Plaintiff Tenet Hospitals Limited d/b/a The Hospitals of Providence Transmountain Campus is an indirect but wholly owned subsidiary of Tenet Healthcare Corporation, which is a publicly traded company.

13. Plaintiff VHS Harlingen Hospital Company, LLC d/b/a Valley Baptist Medical Center is an indirect but wholly owned subsidiary of Tenet Healthcare Corporation, which is a publicly traded company.

14. Plaintiff VHS Brownsville Hospital Company, LLC d/b/a Valley Baptist Medical Center - Brownsville is an indirect but wholly owned subsidiary of Tenet Healthcare Corporation, which is a publicly traded company.

15. Plaintiff ARMC, L.P. d/b/a Abilene Regional Medical Center is an indirect but wholly owned subsidiary of Community Health Systems, Inc., which is a publicly traded company.

16. Plaintiff College Station Hospital, LP (CSH) is an indirect but wholly owned subsidiary of Community Health Systems, Inc., which is a publicly traded company.

17. Plaintiff Granbury Hospital Corporation d/b/a Lake Granbury Medical Center is an indirect but wholly owned subsidiary of Community Health Systems, Inc., which is a publicly traded company.

18. Plaintiff Navarro Hospital, L.P. d/b/a Navarro Regional Hospital is an indirect but wholly owned subsidiary of Community Health Systems, Inc., which is a publicly traded company.

19. Plaintiff Brownwood Hospital, L.P. d/b/a Brownwood Regional Medical Center is an indirect but wholly owned subsidiary of Community Health Systems, Inc., which is a publicly traded company.

20. Plaintiff Victoria of Texas, L.P. d/b/a DeTar Hospital Navarro and DeTar Hospital North is an indirect but wholly owned subsidiary of Community Health Systems, Inc., which is a publicly traded company.

21. Plaintiff Laredo Texas Hospital Company, L.P. d/b/a Laredo Medical Center is an indirect but wholly owned subsidiary of Community Health Systems, Inc., which is a publicly traded company.

22. Plaintiff San Angelo Hospital, L.P. d/b/a San Angelo Community Medical Center is an indirect but wholly owned subsidiary of Community Health Systems, Inc., which is a publicly traded company.

23. Plaintiff Cedar Park Health System, L.P. d/b/a Cedar Park Regional Medical Center is an indirect but wholly owned subsidiary of Community Health Systems, Inc., which is a publicly traded company.

24. Plaintiff NHCI of Hillsboro, Inc. d/b/a Hill Regional Hospital is an indirect but wholly owned subsidiary of Community Health Systems, Inc., which is a publicly traded company.

25. Plaintiff Longview Medical Center, L.P. d/b/a Longview Regional Medical Center is an indirect but wholly owned subsidiary of Community Health Systems, Inc., which is a publicly traded company.

26. Plaintiff Piney Woods Healthcare System, L.P. d/b/a Woodland Heights Medical Center is an indirect but wholly owned subsidiary of Community Health Systems, Inc., which is a publicly traded company.

Dated: January 17, 2020                                             Respectfully Submitted,

                                                By:      /s/ Warren T. Burns
                                                         Warren T. Burns (SBN 24053119)
                                                         Attorney-in-charge
                                                         SDTX Bar # 611613
                                                         **BURNS CHAREST LLP**
                                                         900 Jackson Street, Suite 500
                                                         Dallas, TX 75202
                                                         T: (469) 904-4550
                                                         F: (469) 444-5002
                                                         wburns@burnscharest.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of January 2020, I caused the foregoing document to be filed with the Clerk of this Court via the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

Dated: January 17, 2020  /s/ Warren T. Burns
Warren T. Burns (SBN 24053119)
Attorney-in-charge
SDTX Bar # 611613
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, TX 75202
T: (469) 904-4550
F: (469) 444-5002
wburns@burnscharest.com