United States District Court
Southern District of Texas
**ENTERED**
March 09, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DALLAS COUNTY HOSPITAL DISTRICT - PARKLAND MEMORIAL HOSPITAL, *et al*, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:19-CV-04834 |
| AMNEAL PHARMACEUTICALS, INC., *et al*, | § § § § | |
| Defendants. | § § | |

## ORDER

Plaintiff's Motion for Reconsideration of the Court's January 28, 2020 Memorandum and Order (Doc. No. 48) is **DENIED**.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, this the 6th day of March, 2020.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE